IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONY GRIMES,                    )
                                )
     Plaintiff,                 )
                                )     CIVIL ACTION NO.
     v.                         )       2:23cv259-MHT
                                )            (WO)
BLAKE TURMAN, et al.,           )
                                )
     Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about unfair treatment by correctional guards. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of August, 2023.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**